**Dismissed and Memorandum Opinion filed June 7, 2012.**



**In The**

# 𝕱𝕠𝕦�londonrteenth 𝕮𝕠𝕦�londonrt 𝕠𝕗 𝕬𝕡𝕡𝕖𝕒𝕝𝕤

_____

## NO. 14-11-01014-CR

_____

**GREGORY LEOURIAS, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1785558**

---

## MEMORANDUM OPINION

This appeal was brought from the denial of an application for writ of habeas corpus. Subsequently, the trial court granted appellant's writ of habeas corpus.

Because the writ has been granted, there is no order subject to appeal. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore and McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b)